**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――――

**No. 21-7115**

―――――――――――

ALTONY BROOKS,

            Plaintiff - Appellant,

        v.

SERGEANT SHEILA JOHNSTON; CAPTAIN KRIS JACUMIN; SERGEANT
FELISA FLUDD; BERKELEY COUNTY SHERIFF'S OFFICE,

            Defendants - Appellees,

        and

HILL FINKLEA DETENTION CENTER; OFFICER JOHN DOE; NURSE JOHN
DOE; OFFICER GREENE; OFFICER JOHNSON,

            Defendants.

―――――――――――

Appeal from the United States District Court for the District of South Carolina, at Beaufort.
Joseph F. Anderson, Jr., Senior District Judge.  (9:15-cv-02677-JFA)

―――――――――――

Submitted:  August 29, 2022                    Decided:  September 22, 2022

―――――――――――

Before WYNN and HARRIS, Circuit Judges, and KEENAN, Senior Circuit Judge.

―――――――――――

Affirmed by unpublished per curiam opinion.

―――――――――――

Altony Brooks, Appellant Pro Se. Christopher Thomas Dorsel, SENN LEGAL, LLC, Charleston, South Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Altony Brooks appeals the district court's orders dismissing his state law claims and entering judgment in accordance with the jury's verdict in this 42 U.S.C. § 1983 action alleging excessive force in violation of the Eighth Amendment. We have reviewed the record and Brooks' arguments on appeal and find no reversible error. Accordingly, we affirm the district court's judgment. *Brooks v. Johnston*, No. 9:15-cv-02677-JFA (D.S.C. June 25 & July 6, 2021). We deny Brooks' motions to appoint counsel, for a transcript at government expense, for attorney's fees, for stay of judgment pending appeal, to disqualify/recuse Senior United States District Judge Joseph F. Anderson, Jr., and for a psychological evaluation. Finally, we dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*